1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5
6
7
8            UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                  EASTERN DIVISION
10
11 MELANIE L. JAMES,              )   No.  EDCV 07-01655 E
                                  )
12            Plaintiff,          )   [PROPOSED] ORDER AWARDING
                                  )   EAJA FEES
13       v.                       )
                                  )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security, )
15                                )
              Defendant.          )
16 _____)
17
18         Based upon the parties' Stipulation for Award and Payment of Equal Access
19 to Justice Act (EAJA) Fees ("Stipulation"),
20         **IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be
21 awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the
22 amount of TWO THOUSAND THREE HUNDRED DOLLARS and no/cents
23 ($2,300.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and
24 conditions of the Stipulation.
25         DATED:  11/12/08
26
27                              UNITED STATES MAGISTRATE JUDGE
28

                                  1